1
2
3
4
5          **UNITED STATES DISTRICT COURT**
6               **DISTRICT OF NEVADA**
7                        * * *

8   EDWIN SEVRENCE,              )
                                 )
9              Plaintiff(s),     )          3:06-cv-0286-RLH-VPC
                                 )
10      vs.                      )          **O R D E R**
                                 )
11  SHERIFF, WASHOE COUNTY,      )
                                 )
12             Defendant(s).     )
    ─────────────────────────────)
13

14          Before this Court is the Report and Recommendation of United States Magistrate

15  Judge (#36, filed January 9, 2008), entered by the Honorable Valerie P. Cooke, regarding Defen-

16  dant's Motion to Dismiss (#14). No objection was filed to Magistrate Judge Cooke's Report and

17  Recommendation of United States Magistrate Judge in accordance with Local Rule IB 3-2 of the

18  Rules of Practice of the United States District Court for the District of Nevada, and the matter was

19  submitted for consideration.

20          The court has conducted a *de novo* review of the record in this case in accordance

21  with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report and

22  Recommendation of Magistrate Judge Cooke should be accepted and adopted.

23  / / / /

24  / / / /

25  / / / /

26  / / / /

1

IT IS THEREFORE ORDERED that Magistrate Judge's Report and Recommenda-
tion (#36, entered January 9, 2008) is AFFIRMED and ADOPTED; Defendant's Motion to Dismiss
is granted and the case is dismissed.

Dated: February 11, 2008.

**ROGER L. HUNT**
**Chief U.S. District Judge**

2