AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF    NEVADA

EDWIN SEVRENCE,

      Plaintiff,  
V.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:06-cv-00286-RLH-VPC**

SHERIFF, WASHOE COUNTY,

      Defendant.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendant's (#14) Motion to Dismiss is granted and the case is dismissed.

  February 12, 2008　　　　　　　　　　　　　　　　**LANCE S. WILSON**  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Kalani Lizares  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk