# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

EDWIN SEVRENCE,

    Plaintiff(s),

  vs.

SHERIFF WASHOE COUNTY,

    Defendant(s).

3:06-cv-0286-RLH-VPC

**O R D E R**

   Before this Court is the Report and Recommendation of United States Magistrate Judge (#51, filed November 26, 2008), entered by the Honorable Valerie P. Cooke,  regarding Plaintiff's Motion to Reopen Case and for Leave to File Amended Complaint (#43). No objection was filed to Magistrate Judge Cooke's Report and Recommendation of United States Magistrate Judge in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada, and the matter was submitted for consideration.

   The court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report and Recommendation of Magistrate Judge Cooke should be accepted and adopted.

   IT IS THEREFORE ORDERED that Magistrate Judge's Report and Recommendation (#51) is ACCEPTED and ADOPTED, Plaintiff's Motion to Reopen Case and for Leave to File Amended Complaint (#43) is denied.

   Dated:   January 14, 2009.

            _____
            ROGER L. HUNT
            Chief U.S. District Judge